PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT — RENO
DISTRICT OF NEVADA — Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Liz Pantner
☑ U.S. Atty  ☐ Other U.S. Agency
Phone No. (775) 784-5438

**Name of Asst. U.S. Attorney (if assigned):** JAMES E. KELLER

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** IRS

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAG. JUDGE CASE NO.

**Place of offense:** County

---

CASE NO. _____

USA vs.
**Defendant:** DELMAR L. HARDY

**Address:** 3:16-CR-0006-MMD-VPC

☐ Interpreter Required   Dialect: _____

Birth Date _____  ☐ Male  ☐ Alien
                          ☐ Female  (if applicable)

Social Security Number _____

### DEFENDANT

**Issue:** ☑ Warrant  ☐ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody
☑ Currently in Federal Custody
☐ Currently in State Custody
    ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

FILED / ENTERED  ____ RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
JAN 27 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 5

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 371 | Conspiracy | #1 |
| 4 | 26 U.S.C. § 7206(1); 18 U.S.C. § 2 | False Tax Returns | ##2 - 4 |
| 4 | 26 U.S.C. § 2712(a); 18 U.S.C. § 2 | Corruptly Obstructing or Impeding Due Administration of the Internal Revenue Laws | #5 |