UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

```
FILED         ___ RECEIVED
ENTERED       ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

    JAN 27 2016

CLERK US DISTRICT COURT
  DISTRICT OF NEVADA
BY: _____ DEPUTY
```

IN THE MATTER OF THE PARTIAL      )     MINUTES OF THE COURT
REPORTS OF THE GRAND JURY FOR     )
THE NOVEMBER 9, 2015, TERM        )     DATED: January 27, 2016
                                  )
_____)

PRESENT: __HONORABLE VALERIE P. COOKE,__ UNITED STATES MAGISTRATE JUDGE

Deputy Clerk:__Lisa Mann__  Court Reporter: ____Diane Brumley, Bonanza Reporting____

U. S. Attorney by: ___Brian Sullivan_____

PROCEEDINGS: GRAND JURY

    The roll of the Grand Jury is taken. (_20_ members present which constitutes a quorum).

    The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

    On motion of the United States Attorney, **IT IS ORDERED** that the said report and indictment(s) be filed. There are _no_ sealed indictments.

    On motion of the United States Attorney,

    **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants or Summonses issue where indicated:

| | |
|---|---|
| 3:16-CR-0004-MMD-VPC | USA v. GLENN NATHAN LITTON<br>Warrant to Issue |
| 3:16-CR-0005-LRH-VPC | USA v. ANTHONY SCHNEIDER<br>Warrant to Issue |
| | USA v. JAMAR JACKSON<br>Warrant to Issue |

Minutes of the Grand Jury
January 27, 2016
Page Two
_____/

3:16-CR-0006-MMD-VPC            USA v. DELMAR L. HARDY
                                Warrant to Issue

    IT IS ORDERED that the Grand Jury report upon notice.

Grand Jury convened at 9:05 a.m.

Grand Jury adjourned at 12:12 p.m.

                                      LANCE S. WILSON, CLERK

                                      By: _____
                                           Lisa Mann, Deputy Clerk