**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 29 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case # 3:16-CR-0006-MMD-VPC
)
DELMAR L. HARDY, ) **DESIGNATION OF RETAINED COUNSEL**
) **AND APPEARANCE PRAECIPE**
Defendant. )

The undersigned defendant hereby appoints ___Martin Wiener, Esq.___ to appear generally for him/her as his/her attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED:  1/29/2016

_____
Defendant's signature

## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then **ONLY** when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED:  1/29/2016

_Martin Wiener_
Attorney's signature

_316 S. Arlington Ave._
_Reno, NV 89501_
Attorney's address

_775-322-4009_
Attorney's phone number

Revised 6/15/09