DANIEL G. BOGDEN
United States Attorney
STEVEN W. MYHRE
First Assistant United States Attorney
JAMES E. KELLER
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-CR-00006-MMD-VPC |
| Plaintiff, | GOVERNMENT'S PRELIMINARY DISCLOSURE STATEMENT |
| v. | |
| DELMAR L. HARDY, | |
| Defendant. | |

Pursuant to LCR 16-1(b)(2) of the Local Rules of Practice for the District of Nevada, Steven W. Myhre, First Assistant United States Attorney, and James E. Keller, Assistant United States Attorney, contacted, Martin Wiener, Esq., counsel for defendant Delmar L. Hardy, to discuss scheduling of discovery in the instant case. The parties are presently considering a proposed complex case schedule by stipulation in this case. The government will file either a proposed complex case schedule as stipulated or in the form of a motion, or provide a further disclosure statement.

DATED this 12th day of February, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

  /s/ James E. Keller
JAMES E. KELLER
Assistant United States Attorney

1

CERTIFICATE OF SERVICE

It is hereby certified that pursuant to LCR 47-11 service of the foregoing GOVERNMENT'S PRELIMINARY DISCLOSURE STATEMENT was made through the Court's electronic filing and notice system (CM/ECF) or, as appropriate, by sending a copy of the same by first class mail, addressed to the following addresses:

> MARTIN WIENER, Esq.
> 316 South Arlington Avenue
> Reno, Nevada 89501
> mw@pinecrest.reno.nv.us

DATED this 12th day of February, 2016.

>  __/s/ James E. Keller_____
> JAMES E. KELLER