Leah R. Wigren
Nevada Bar Number 6862
5995 Shadow Park Drive
Reno, NV 89523
775-747-0526
leahrwigren@gmail.com
Attorney for Delmar Hardy

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | 03:16-cr-6-MMD-VPC |
|---|---|
| Plaintiff, | Stipulation Requesting Status Conference Before the Court |
| vs. | |
| Delmar L. Hardy, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Daniel S. Bogden, United States Attorney, Steve Myhre, and James Keller, Assistant United States Attorneys, Steven Wilson, and Leah Wigren, counsel for Del Hardy, that the Court hold a status conference in this case in order to set a new trial date, and new dates for the filing of pre-trial motions.

This Stipulation is entered into for the following reasons:

1,   Counsel for all parties have been diligently working on this case, which involves over 50,000 pages of discovery.  The Government made available additional discovery on June 15, 2016, which counsel for Mr. Hardy obtained on June 16, 2016.

2. This case was designated as complex on March 16, 2016. Pursuant to the Complex Case Schedule, the trial was set for August 23, 2016. Pre-trial motions were due June 8, 2016. Responses were due June 22, 2016, and replies on June 29, 2016.

3. Prior to the due date for pre-trial motions, counsel for the parties agreed that the trial date for this case should be extended. On May 23, 2016, counsel for Mr. Hardy contacted the courtroom deputy clerk about a new trial, and was provided with several available dates. However, despite diligent efforts, devoid of rancor, the parties have been unable to agree on a new trial date.

4. The parties seek a status conference with the Court in order to discuss new trial and pre-trial motions dates, and any other matters the Court wishes to address.

DATED this 23rd day of June, 2016

By:

Daniel Bogden
United States Attorney

James Keller /s/                              Steven Myhre /s/
James Keller                                  Steven Myhre
Assistant United States Attorney              Assistant United States Attorney

Leah R. Wigren /s/                            Steven Wilson /s/
Leah R. Wigren                                Steven Wilson
Counsel for Delmar Hardy                      Counsel for Delmar Hardy

ORDER

The Court, having considered the parties' stipulations, finds that a status conference in the captioned case is warranted to set a new trial date, and new dates for the filing of pre-trial motions. The Court directs the Courtroom Administrator to find a date when the Court and parties are available, and set a status conference.

IT IS SO ORDERED

Dated: June 23, 2016

                                        Miranda Du
                                        District Court Judge

CERTIFICATE OF SERVICE

The undersigned certifies that on June 23, 2016, she electronically filed with the District of Nevada this Stipulation Requesting Status Conference Before the Court, and that Plaintiffs' counsel, James Keller, at James.Keller@usdoj.gov and Steven.Myhre@usdoj.gov, are listed in the District of Nevada's electronic case management system as a recipient of all electronic filings in Case Number 3:16-cr-16-MMD-VPC, at the electronic mailing address provided here. Defense counsel will also be served at their electronic mailing addresses on file with the Court.

                                        <u>Leah R. Wigren /s/</u>

                                        Leah R. Wigren
                                        Counsel for Delmar Hardy