1  DANIEL G. BOGDEN
   United States Attorney
2  STEVEN W. MYHRE
   First Assistant United States Attorney
3  JAMES E. KELLER (NVSB 10636 / NYSB 2893881)
   Assistant United States Attorney
4  100 West Liberty Street, Suite 600
   Reno, Nevada 89501
5  (775) 784-5438
   James.Keller3@usdoj.gov
6  Attorneys for United States of America

7                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9   UNITED STATES OF AMERICA,              Case No. 3:16-CR-00006-MMD-VPC

10                    Plaintiff,            MOTION TO ADMIT GOVERNMENT
                                           ATTORNEY UNDER LR IA 11-3
11          v.

12  DELMAR L. HARDY,

13                    Defendant.

14

15          COMES NOW, the United States of America, by and through its attorneys, DANIEL G.

16  BOGDEN, United States Attorney for the District of Nevada, and JAMES E. KELLER, Assistant United

17  States Attorney, and hereby respectfully moves for the admission of LEE F. LANGSTON to the Bar of

18  this Court for the purpose of representing the United States of America in the above-captioned case under

19  LR IA 11-3.

20          LR IA 11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in

21  good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who

22  is employed by the United States as an attorney and has occasion to appear in this court on behalf of the

23  United States, is entitled to be permitted to practice before this court during the period of employment

24

                                              1

1  upon motion by the employing federal entity, the United States Attorney, the United States Trustee's

2  Office, or the Federal Public Defender for this district or one of the assistants."

3       Mr. Langston was admitted in April 2011 to the State Bar of New York and is a member in good

4  standing.  Since September 2016, Mr. Langston has been employed by the United States Department of

5  Justice, Tax Division as a Trial Attorney, and his office is located in Washington, D.C.

6       It is respectfully requested that an Order be issued permitting Lee F. Langston to practice before

7  this Court during the period of his employment by the United States as an attorney.

8  Dated this 14th day of December, 2016.

9                                         Respectfully submitted,

10                                        DANIEL G. BOGDEN
                                          United States Attorney

11

12                                        ___/s/ James E. Keller_____
                                          JAMES E. KELLER

13                                        Assistant United States Attorney

14

15

16                                        IT IS SO ORDERED.

17

18                                        _____
                                          UNITED STATES DISTRICT JUDGE

19

20                                        DATED: ____December 14, 2016_____

21

22

23

24

2

CERTIFICATE OF SERVICE

It is hereby certified that pursuant to LCR 47-11 service of the foregoing MOTION TO ADMIT GOVERNMENT ATTORNEY UNDER LR IA 11-3 was made through the Court's electronic filing and notice system (CM/ECF) or, as appropriate, by sending a copy of the same by first class mail, addressed to the following addresses:

LEAH WIGREN, Esq.
leahrwigren@gmail.com
STEVEN WILSON, Esq.
Steven@stevenwilsonlaw.net
Counsel for Delmar Hardy, Esq.


DATED this 14th day of December, 2016.

_____/s/ James E. Keller_____
JAMES E. KELLER