# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-CR-00006-MMD-VPC |
| Plaintiff, | VERDICT FORM |
| v. | |
| DELMAR L. HARDY, | |
| Defendant. | |

FILED __ ENTERED __ RECEIVED __ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 22 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

We, the jury, empaneled in the above-captioned case upon our oath do hereby state that we find the following unanimous verdict:

### Count 1

Our verdict as to Count One – Conspiracy to Structure Financial Transactions is as follows:

Defendant Delmar Hardy      _NOT GUILTY_
(Not Guilty / Guilty)

### Count 2

Our verdict as to Count Two – Making and Subscribing a False Tax Return for Tax Year 2008 is as follows:

Defendant Delmar Hardy      _GUILTY_
(Not Guilty / Guilty)

### Count 3

Our verdict as to Count Three – Making and Subscribing a False Tax Return for Tax Year 2009 is as follows:

Defendant Delmar Hardy      _GUILTY_
(Not Guilty / Guilty)

## Count 4

Our verdict as to Count Four – Making and Subscribing a False Tax Return for Tax Year 2010 is as follows:

Defendant Delmar Hardy        GUILTY

(Not Guilty / Guilty)

## Count 5

Our verdict as to Count Five – Corruptly Obstructing or Impeding the Due Administration of the Internal Revenue Laws is as follows:

Defendant Delmar Hardy        GUILTY

(Not Guilty / Guilty)

DATED: 9/22/2017

/S/

FOREMAN OF THE JURY