DAYLE ELIESON
United States Attorney
JAMES E. KELLER (NVSB 10636)
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
James.Keller3@usdoj.gov
LEE LANGSTON (NYSB 4910311)
Trial Attorney
United States Department of Justice
Tax Division
Lee.F.Langston@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00006-MMD-VPC |
| Plaintiff, | GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COUNT FIVE OF THE INDICTMENT AND [PROPOSED] ORDER |
| v. | |
| DELMAR L. HARDY, | |
| Defendant. | |

United States of America, by and through its attorneys, Dayle Elieson, United States Attorney for the District of Nevada, James E. Keller, Assistant United States Attorney, and Lee Langston, Trial Attorney, United States Department of Justice Tax Division, hereby moves to dismiss Count Five of the Indictment, charging a violation of 26 U.S.C. § 7212(a), one of the four counts of which Defendant Delmar Hardy was convicted by a jury at trial in the above-referenced case.

This motion is unopposed and timely in light of the recent Supreme Court decision in *Marinello v. United States*, 584 U.S. \_\_\_\_ (No. 16-1144) (Mar. 21, 2018).

1

## CONCLUSION

Wherefore, the government respectfully requests that this Court grant this motion to dismiss Count Five of the Indictment, charging a violation of 26 U.S.C. § 7212(a) against defendant Delmar Hardy.

DATED: April 6, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

s/ *James E. Keller*
JAMES E. KELLER
Assistant United States Attorney

s/ *Lee Langston*
LEE LANGSTON
Trial Attorney
United States Department of Justice
Tax Division

## ORDER

Based upon the foregoing unopposed motion of the government, and good cause appearing, IT IS SO ORDERED that Count Five of the Indictment, charging a violation of 26 U.S.C. § 7212(a) against defendant Delmar Hardy, is hereby DISMISSED.

IT IS SO ORDERED.

Dated: April 6, 2018

HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COUNT FIVE OF THE INDICTMENT AND [PROPOSED] ORDER was electronically filed and that service will be accomplished via the Court's CM/ECF system.

| | |
|---|---|
| Steven Toscher<br>toscher@taxlitigator.com | Counsel for Defendant<br>Delmar L. Hardy |
| Leah Wigren<br>leahrwigren@gmail.com | |
| Steven A. Wilson<br>steven@stevenwilsonlaw.net | |
| DATED: April 6, 2018. | s/ *James E. Keller*<br>JAMES E. KELLER |